UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-mj-8483-BER

UNITED STATES OF AMERICA,

                        **Plaintiff,**

vs.

**YORDAY MILLAN-BERMUDEZ,**

                        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

    Yes     X **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

    Yes     X **No**

3. Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

    Yes     X **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: *[signature]*
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:   (561) 820-8711
John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 24-mj-8483-BER |
| YORDAY MILLAN-BERMUDEZ, | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __08/29/2024__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Re-entry After Deportation (Prior Felon) |

This criminal complaint is based on these facts:

See attached Affidavit

FILED BY ____TM____ D.C.

Oct 2, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Task Force Officer, HSI
Printed name and title

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date: _____

Digitally signed by Bruce Reinhart
Date: 2024.10.02 10:49:20 -04'00'
Judge's signature

City and state:   West Palm Beach, Florida        Bruce Reinhart, United States Magistrate Judge
Printed name and title

**AFFIDAVIT
OF
ANDY KORZEN
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
<u>IMMIGRATION AND CUSTOMS ENFORCEMENT\</u>
Case No. 24-mj-8483-BER**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Yorday MILLAN-BERMUDEZ, also known as Yorday BERMUDEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about August 29, 2024, Yorday MILLAN-BERMUDEZ was arrested in Palm Beach County, Florida on outstanding warrant for violation of probation out of Broward County, Florida. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Yorday MILLAN-BERMUDEZ is a native and citizen of Cuba. Records further show that on or about September 5, 2018, Yorday MILLAN-BERMUDEZ was ordered removed. The Order of

Removal was executed on or about September 28, 2018, whereby Yorday MILLAN-BERMUDEZ was removed from the United States and returned to Cuba.

5. Records further show that on or about November 6, 2017, in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, Yorday MILLAN-BERMUDEZ was convicted of the felony offenses of traffic in counterfeit credit cards, and two counts of criminal use of personal identification, Case No. 16003264CF10A.

6. Yorday MILLAN-BERMUDEZ's fingerprints taken in connection with his August 29, 2024, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Yorday MILLAN-BERMUDEZ.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Yorday MILLAN-BERMUDEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Yorday MILLAN-BERMUDEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about August 29, 2024, Yorday MILLAN-BERMUDEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the

Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Andy Korzen
Task Force Officer
Homeland Security Investigations

SWORN AND ATTESTED TO ME
TELEPHONICALLY (VIA FACETIME)
BY THE APPLICANT IN ACCORDANCE
WITH THE REQUIREMENTS OF
FED. R. CRIM. P. 4(d) AND 4.1 THIS _____
DAY OF OCTOBER, 2024.

Digitally signed by
Bruce Reinhart
Date: 2024.10.02
10:49:41 -04'00'

**BRUCE REINHART**
**UNITED STATES MAGISTRATE JUDGE**

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** YORDAY MILLAN-BERMUDEZ

**Case No:** 24-mj-8483-BER

**Count # 1**
Reentry After Deportation (Prior Felon)
Title 8, United States Code, Sections 1326(a) and 1326(b)(1)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000.00
* **Special Assessment**: $100.00
* **Immigration consequences of removal (deportation) from the United States upon conviction**